**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

RE: John Taylor Jordan   XXX-XX-4139                    Case No. 17-33374-KRH
 Carla Yvonne Jordan   XXX-XX-6083

**DIRECTIVE FOR VOLUNTARY PAYMENTS BY DEBTOR**

The Debtor(s) having filed a petition under Chapter 13, Title 11 U.S.C. or converted this case

from Chapter 7;

IT IS DIRECTED;

That commencing immediately and continuing on the **2nd**  day of each and every month

thereafter until further Directive from the Trustee, the Debtor(s) shall pay to **Carl M. Bates,**

**Trustee**, and send to **Chapter 13 Trustee, PO Box 1433, Memphis, TN  38101-1433,**  the sum

of **$792.00 monthly**. The payment should include the debtor's name and case number above.

**Future Payments**

| Start Date | Amount | Frequency |
|---|---|---|
| 09/02/2019 | $1,152.00 | monthly |

THIS DIRECTIVE IS ENTERED PURSUANT TO GENERAL ORDER NO. 04-1 OF THE

UNITED STATES BANKRUPTCY COURT.

Dated:  **August 03, 2017**

**/S/ Carl M. Bates**
Carl M. Bates, Trustee
Eastern District of Virginia, Richmond Division

The Trustee does hereby certify that a copy of this Directive was mailed to the Debtor and electronically sent to Debtor's counsel on the date above written.

**_/S/ Carl M. Bates_**
Carl M. Bates, Trustee